### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEW HAMPSHIRE

<u>Hews Company, LLC</u>

    v.                                            Civil No. 04-cv-292-JM

<u>Bruce Barnaby and</u>
<u>Barnaby's Truck & Equipment, Inc.</u>

### O R D E R

A hearing on plaintiff's motions for period payments and to change defendant's LLC intent is scheduled for October 24, 2005 at 9:30 a.m.  The defendants are ordered to provide financial affidavits to plaintiff's counsel no longer than ten (10) days before the hearing.

    **SO ORDERED.**

                                    _/s/ James R. Muirhead_
                                    James R. Muirhead
                                    United States Magistrate Judge

Date: September 20, 2005

cc:    Timothy J. Bryant, Esq.
       Peter G. Callaghan, Esq.
       William S. Gannon, Esq.