**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Hews Company, LLC

    v.                                                    Civil No. 04-cv-292-JM

Bruce Barnaby and
Barnaby's Truck & Equipment, Inc.

**O R D E R**

Pursuant to N.H. RSA 304-C:47, Bruce Barnaby's interest in L&B Barnaby, LLC is charged with payment of the unsatisfied amount of the judgment in this matter with interest. All payments that would be made to or for the benefit of Bruce Barnaby (including to any entity in which Bruce Barnaby has an interest) shall instead be paid to the Hews Company, LLC in care of its attorney, Peter G. Callaghan, Preti, Flaherty, Beliveau, Pachois & Haley, PLLP, 57 North Main Street, P.O. Box 1318, Concord, New Hampshire 03302-1318, (603)410-1500.

Bruce Barnaby shall provide on a monthly basis to counsel for Hews a statement of the L&B Barnaby, LLC's income and expenditures. To the extent it provides a complete statement, a monthly bank statement together with copies of checks, deposits and withdrawals shall be sufficient to comply with this disclosure requirement. Bruce Barnaby shall also provide a copy

of all L&B Barnaby, LLC state and federal tax filings to counsel for Hews at the time filed.  Bruce Barnaby shall immediately advise counsel for Hews of any threatened, contemplated or actual change to his interest in the LLC or to the management of the LLC.

**SO ORDERED.**

                                             /s/ James R. Muirhead
                                             James R. Muirhead
                                             United States Magistrate Judge

Date: November 22, 2005

cc:    Peter G. Callaghan, Esq.
        Timothy J. Bryant, Esq.
        William S. Gannon, Esq.