# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>Hews Company, LLC</u>

    v.                                            Civil No. 04-cv-292-JM

<u>Bruce Barnaby and</u>
<u>Barnaby's Truck & Equipment, Inc.</u>

### **O R D E R**

Bruce Barnaby is ordered to appear before me on December 19, 2006 at 10:00 a.m. to show cause why he should not be held in contempt for failure to comply with my order of November 22, 2005.  <u>See</u> Motion, Document no. 67.  He is ordered to produce at that time all monthly statements of L & B Barnaby, LLC's income and expenditures since December of 2005, the state and federal tax filings of L & B Barnaby, LLC since November of 2005 and of all payments made to or for his benefit from L & B Barnaby since November of 2005.  Plaintiff is ordered to serve a copy of this order, personally, on Mr. Barnaby.

    **SO ORDERED.**

                                              /s/ James R. Muirhead
                                              James R. Muirhead
                                              United States Magistrate Judge

Date: December 6, 2006
cc:   Timothy J. Bryant, Esq.
       Peter G. Callaghan, Esq.
       William S. Gannon, Esq.